IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-21156-civ-COOKE/TORRES

JASON PIERRE-PAUL,

   Plaintiff,

vs.

ESPN, INC., a foreign corporation;
and ADAM SCHEFTER, an individual,

   Defendants.
_____/

**JOINT SCHEDULING REPORT**

Plaintiff JASON PIERRE-PAUL, together with the Defendants ESPN, INC., and ADAM SCHEFTER, through their attorneys, file this Joint Scheduling Report pursuant to SDFL L.R. 16(b) and this Court's Order [D.E. 10]. On May 5, 2016, counsel conducted a discovery and scheduling conference pursuant to this Court's orders entered April 12, 2016, and prepared the following Joint Scheduling Report and Discovery Plan:

**ELEMENTS REQUIRED BY LOCAL RULE 16.1(b)**

A.   **Likelihood of Settlement**

At this early stage of the case, the likelihood of settlement is unknown.

B.   **Likelihood of Appearance in the Action of Additional Parties**

The parties do not anticipate the appearance of additional parties.

C.   **Proposed Limits on Time**

    (i)   join other parties and amend the pleadings: March 10, 2017

    (ii)   file and hear motions: July 21, 2017

    (iii)   complete fact discovery: June 16, 2017

      **(iv)** complete expert discovery: September 29, 2017

**D. Proposals for the Formulation and Simplification of Issues**

The parties agree to discuss simplification of issues including stipulation to facts as appropriate and will continue to pursue resolution of these issues prior to trial.

**E. Necessity and Desirability of Amendments to the Pleadings**

The parties are unaware of any need for amendments to the pleadings at this time.

**F. Possibility of Obtaining Admissions of Fact and Documents which will Avoid Unnecessary Proof, Stipulations regarding Authenticity of Documents, and the Need for Advance Rulings from the Court on the Admissibility of Evidence**

The parties will in good faith attempt to obtain admissions of fact and documents that will avoid unnecessary proof and cumulative evidence and will promptly notify the Court of the need for any advance rulings on the admissibility of evidence.

**G. Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence**

The parties agree to work together to avoid unnecessary proof and cumulative evidence in order to avoid unnecessary use of judicial resources.

**H. Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master**

The parties do not object to referring this matter to a magistrate for purposes of deciding discovery disputes or other non-dispositive motions.

**I. A Preliminary Estimate for the Time Required for Trial**

Pursuant to Local Rule 16.1(a)(2), this case should be placed on this Court's Standard Track. The parties believe this matter will require six (6) to seven (7) days for trial.

**J. Requested Dates for Conferences before Trial, a Final Pretrial Conference, and Trial**

The parties agree that it would be reasonable and practical to hold a final pretrial conference on or after **February 5, 2018** and the trial on or after **February 19, 2018.**

K.      **Other Information that Might be Helpful to Court in Setting the Case for Status or Pretrial Conference**

Defendants filed a dispositive Motion to Dismiss [D.E. 4] on April 7, 2016. The Motion has been fully briefed. In addition, Plaintiff is an NFL football player and Defendant Adam Schefter is ESPN's principal NFL reporter. As a result, the parties agree that neither would be available for any trial during the NFL preseason, season, and post-season, and thus the Parties propose a February 2018 trial date. In addition, Defendants are located exclusively out of state. The Parties believe it is necessary to allow extended time for discovery based on the location of material witnesses and parties.

DATED this 27th day of May, 2016.

| | |
|---|---|
| /s/ *Deanna K. Shullman, Esq.* | /s/ *John C. Lukacs, Sr., Esq.* |
| Deanna K. Shullman | jlukacs@hinshawlaw.com |
| Florida Bar No. 514462 | HINSHAW & CULBERTSON |
| Allison S. Lovelady | 2525 Ponce de Leon Blvd |
| Florida Bar No. 70662 | 4th Floor |
| Dshullman@tlolawfirm.com | Coral Gables, Florida 33134 |
| Alovelady@tlolawfirm.com | Telephone: (305)-358-7747 |
| THOMAS & LOCICERO, PL | Fax: (305)-577-1063 |
| 401 SE 12TH Street, Suite 300 | |
| Fort Lauderdale, FL 33316 | |
| Phone: (954) 703-3416 | /s/ *Mitchell Schuster, Esq.* |
| Fax: (954) 400-5415 | ms@msf-law.com |
| | Kevin Fritz, Esq. |
| | kaf@msf-law.com |
| /s/ *Nathan Siegel, Esq.* | MEISTER SEELIG & FEIN LLP |
| Nathan Siegel (*admitted pro hac vice*) | 125 Park Avenue, 7th Floor |
| nsiegel@lskslaw.com | New York, NY 10017 |
| Adam Lazier (*admitted pro hac vice*) | Telephone: (212)-655-3570 |
| alazier@lskslaw.com | Fax: (212)-655-3535 |
| LEVINE SULLIVAN KOCH & SCHULZ LLP | |
| 1899 L Street, NW  Suite 200 | *Attorneys for Plaintiff* |
| Washington, DC 20036 | |

Phone: (202) 508-1100
Fax: (202) 861-9888

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on **May 27, 2016** on all counsel in the below service list.

/s/ *Deanna K. Shullman, Esq.*

## SERVICE LIST

John C. Lukacs, Sr., Esq.
jlukacs@hinshawlaw.com
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd
4th Floor
Coral Gables, Florida 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063

Mitchell Schuster, Esq.
ms@msf-law.com
Kevin Fritz, Esq.
kaf@msf-law.com
Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: 212-655-3570
Facsimile: 212-655-3535