IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-21156-civ-COOKE/TORRES

JASON PIERRE-PAUL,

  Plaintiff,

vs.

ESPN, INC., a foreign corporation;
and ADAM SCHEFTER, an individual,

  Defendants.
_____/

**JOINT NOTICE OF SELECTION OF MEDIATOR**

    Plaintiff, JASON PIERRE-PAUL, and Defendants ESPN, INC., and ADAM SCHEFTER, hereby give joint notice that the parties have selected Rodney Romano, Esq. of Matrix Mediation, LLC to serve as mediator in this action.

    The parties have agreed to mediate this action in March 2017.  At the time of the selection of Mr. Romano, mediation dates for March 2017 have not yet been released by Mr. Romano and Matrix Mediation.  Once the March 2017 dates are released and become available, the parties will file the order scheduling mediation indicating the date, time, and location of the mediation pursuant to this Court's order D.E. 23.

    Dated this **29th** day of **June, 2016**.

| | |
|---|---|
| /s/ Deanna K. Shullman, Esq. | /s/ John C. Lukacs, Sr. ,Esq. |
| Deanna K. Shullman | jlukacs@hinshawlaw.com |
| Florida Bar No. 514462 | HINSHAW & CULBERTSON |
| Allison S. Lovelady | 2525 Ponce de Leon Blvd |
| Florida Bar No. 70662 | 4th Floor |
| Dshullman@tlolawfirm.com | Coral Gables, Florida 33134 |

15247190v1 2841

Alovelady@tlolawfirm.com
THOMAS & LOCICERO, PL
401 SE 12TH Street, Suite 300
Fort Lauderdale, FL 33316
Phone: (954) 703-3416
Fax: (954) 400-5415


*/s/ Nathan Siegel, Esq.*
Nathan Siegel (*admitted pro hac vice*)
nsiegel@lskslaw.com
Adam Lazier (*admitted pro hac vice*)
alazier@lskslaw.com
LEVINE SULLIVAN KOCH & SCHULZ LLP
1899 L Street, NW  Suite 200
Washington, DC 20036
Phone:  (202) 508-1100
Fax:  (202) 861-9888

*Attorneys for Defendants*

Telephone: (305)-358-7747
Fax: (305)-577-1063


*/s/ Mitchell Schuster, Esq.*
ms@msf-law.com
Kevin Fritz, Esq.
kaf@msf-law.com
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212)-655-3570
Fax: (212)-655-3535

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on **June 29, 2016** on all counsel in the below service list.

*/s/John C. Lukacs, Sr., Esq.*


## SERVICE LIST

| | |
|---|---|
| Deanna K. Shullman, Esq.<br>Florida Bar No. 514462<br>Allison S. Lovelady, Esq.<br>Florida Bar No. 70662<br>Dshullman@tlolawfirm.com<br>Alovelady@tlolawfirm.com<br>THOMAS & LOCICERO, PL<br>401 SE 12TH Street, Suite 300<br>Fort Lauderdale, FL 33316 | Nathan Siegel, Esq. (*admitted pro hac vice*)<br>nsiegel@lskslaw.com<br>Adam Lazier, Esq. (*admitted pro hac vice*)<br>alazier@lskslaw.com<br>LEVINE SULLIVAN KOCH & SCHULZ LLP<br>1899 L Street, NW  Suite 200<br>Washington, DC 20036 |

15247190v1 2841