# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Rodolfo Sorondo, Jr.
(305) 789-7596
rodolfo.sorondo@hklaw.com

February 3, 2017

Honorable Marcia G. Cooke
U.S. District Court for the Southern District of Florida
400 N. Miami Avenue, Rm 11-2
Miami, FL 33128-1810

  Re: Pierre-Paul v. ESPN, Inc. et al
    Case No: 1:16-cv-21156-MGC – <u>Mediation Report</u>

Dear Judge Cook,

  The parties have amicably resolved this matter. A joint stipulation of dismissal will be filed forthwith.

          Respectfully yours,

          Holland & Knight LLP

          *[signature]*

          Rodolfo Sorondo, Jr.

RS:cmc

#49488267_v1