UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21156-CIV-COOKE/TORRES

JASON PIERRE-PAUL,

    Plaintiff,

v.

ESPN, INC., a foreign corporation,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to the voluntary dismissal of this action with prejudice.

By:    */s/ John C. Lukacs, Sr.*
       John C. Lukacs, Sr., Esquire
       Hinshaw & Culbertson, LLP
       2525 Ponce de Leon Boulevard, 4th Floor
       Coral Gables, Florida 33134
       And
       Mitchell Schuster, Esq.
       Kevin A. Fritz, Esq.
       Meister Seelig & Fein LLP

       *Attorneys for Plaintiff*

By:    */s/ Nathan Siegel*
       Nathan Siegel, Esq.

        Adam Lazier, Esq.
Levine Sullivan Koch & Schulz LLP
1899 L Street, NW
Suite 200
Washington, DC 20036
And
Deanna K. Shullman, Esq.
Thomas & LoCicero, PL

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I Hereby Certify that on February 3, 2017, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

                                                */s/John C. Lukacs, Sr.*
                                                John C. Lukacs, Sr., Esquire

15339162v1 0986297