UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21156-CIV-COOKE/TORRES

JASON PIERRE-PAUL,

    Plaintiff,

v.

ESPN, INC., a foreign corporation,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to the voluntary dismissal of this action with prejudice.

    By:    */s/ John C. Lukacs, Sr.*
              John C. Lukacs, Sr., Esquire
              Hinshaw & Culbertson, LLP
              2525 Ponce de Leon Boulevard, 4th Floor
              Coral Gables, Florida 33134
              And
              Mitchell Schuster, Esq.
              Kevin A. Fritz, Esq.
              Meister Seelig & Fein LLP

              *Attorneys for Plaintiff*

    By:    */s/ Nathan Siegel*
              Nathan Siegel, Esq.

15339162v1 0986297

>Adam Lazier, Esq.
>Levine Sullivan Koch & Schulz LLP
>1899 L Street, NW
>Suite 200
>Washington, DC 20036
>And
>Deanna K. Shullman, Esq.
>Thomas & LoCicero, PL
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I Hereby Certify that on February 3, 2017, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

>*/s/John C. Lukacs, Sr.*
>John C. Lukacs, Sr., Esquire

2